**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 7 2015

JAMES W. McCORMACK CLERK
By: _____
DEP CLERK

Apr 1 27, 2015

Plaintiff

VS

Steele Smith

4:15CV294-SWW

Defendant

Dr Gail Reede Jones
Arkansas
Little Rock Ar
501 219 8900

Tommy Wengel Ref
004 Executif

$ / Property

1500 S Buchanan
Little Rock Ar
72204
4 27 2015

This case assigned to District Judge Wright
and to Magistrate Judge Deere

Apr 1 27 2015

Plaintiff                          Shela Smith

VS
Defendant                          Gel Reece Jones
                                   Tommy Weaselback

My parents is a reason I am
sometimes shelterless and have none,
and shelterless today. They are letting
men have me. My kids are mine
and of army Parents says No.

501 349 2641
501 216 7327

I was $909 of Philadelphia Pa
and I will of Little Rock Arkansas
$750 SSI + USSD is what this is.
I dont kn why Money I cant. 

Shzile Smith

4 27 2015

## Administrative

Location        500 S MAIN ST    LV, NV                                                                    Sector /Beat    A1
Occurred On (Date / Time)    Tuesday 12/9/2014 12:00:00 AM        Or Between (Date / Time)
Reporting Officer    04569 - Palasky, S.                Reported On        12/9/2014
Entered By        04569 - Palasky, S.                Entered On        12/9/2014 4:27:27 PM
Related Cases                                        Jurisdiction    Las Vegas, City of

Traffic Report    No                Place Type                        Accident Involved

### Offenses:
Battery(M)-CLV 10.02.010 - L5019
Completed    Yes            Domestic Violence    No            Hate/Bias        Unknown (Offenders Motivation Not Known)
Entry                    Premises Entered                    Type Security                    Tools
Weapons        Personal Weapons (Hands, Feet, Teeth, etc.)            Location Type    Other/Unknown
Criminal Activities

## Victims:

Name: SMITH, SHEILIA DENISE

Victim Type    Individual            Written Statement    Yes            Can ID Suspect    No
Victim of        56887 - Battery(M)-CLV 10.02.010 - L5019

DOB        2/26/1971            Age    43    Sex    Female    Race    Black or African American
Height        5' 4"                Weight    190            Hair Color                    Eye Color    Brown
Employer/School        UNEMPLOYED
Occupation/Grade                                Work Schedule
Injury    None Observed                            Injury Weapons    Unknown

### Addresses
Residence            Homeless LV USA
Phones

### Offender Relationships
Notes:

## Suspects:

## Arrestees:

## Witnesses:

## Other Entities:

## Properties: (0)

## Narrative

On 12/09/2014 at approximately 1600 hours P/R Sheilia Smith, reported the following to Las Vegas Metropolitan Police Department:

Sheilia stated she had module surgery in her stomach and the module is still in her stomach. Sheilia stated her mom and dad are raping her and making her sleep with her husband when she's asleep, and many men.

The use of the information of this
Record is restricted to law. Secondary
Dissemination is prohibited
and this record is not to be duplicated
and to be used

Smith, Sheilia Denise
By 54569        On 12/9/14
Las Vegas Metropolitan Police Dept

SHEILA SMITH

3003 Gibbs RD

BRINKLEY, ARKANSAS

501 349-2641, 870-734-1757

POLICE REPORTS FOR SERIES OF VICTIM ASSAULTS

SHEILA JARRETT

705 W 615 TH ST

BRINKLEY ARKANSAS 72021

SHEILA SMITH

115 PARKCREST APARTMENTS

SHERWOOD ARKANSAS 72120

SHEILA SMITH

875 JANE DR

JACKSONVILLE ARKANSAS 72078

SHEILA SMITH

1100 RUTHANN DR

JACKSONVILLE ARKANSAS 72078

SHEILA SMITH

115 PALM ST

NORTH LITTLE ROCK ARKANSAS 72114

SHEILA SMITH

307 W 7TH ST

NORTH LITTLE ROCK ARKANSAS 72114


SHEILA SMITH

207 S SPRUCE

NORTH LITTLE ROCK ARKANSAS 72114


PARKCREST APARTMENTS



**HELP USA**
**Building Better Lives**

### HELP USA
### HELP Women's Center
### 116 Williams Avenue Brooklyn, New York 11207

---

*Date: 7/8/2014*

*To Whom It May Concern:*

*This is to certify that Ms. Sheila Smith is currently homeless. She resides at the Help Women's Center. Ms. Smith has resided at our facility since 7/3/2014. Should you require any additional information please feel free to contact me: 718-483-7700 Ext/102.*

*Thank you for your cooperation.*
*Respectfully Yours,*
*Ms. Danisha Brown*
*Diversion Case Manager*

**NOTICE OF ACTION**         COUNTY OF SAN FRANCISCO
**Food Stamps Denial**

STATE OF CALII
HEALTH AND HUMAN SERVICES A
CALIFORNIA DEPARTMENT OF SOCIAL SEI

| | |
|---|---|
| Notice Date | : 11/03/2014 |
| Case Name | : Sheila Smith |
| Case Number | : 1434313 |
| Worker Name | : Food Assistance |
| Worker Number | : VINE |
| Telephone | : (415) 558-1001 |
| Worker Hours | : 8:00 AM- 12:00 PM, 12:00 PM - 5:00 PM |
| 24Hour Information | : |
| Address | : 1235 Mission ST |
| | San Francisco CA 94103-2705 |

Sheila Jarrett
General Delivery
San Francisco CA 94142-9999

Ildiodalaulldalaldkhdakdalaldulllalllnalhill

Questions?  Ask your Worker.

**State Hearing:** If you think this action is wrong, you can ask for a hearing.  The back of this page tells you how.  Your benefits may not be changed if you ask for a hearing before this action takes place.

Your household's application for Food Stamps has been denied.

Here's why:

You or a member of your household are a recipient of Supplemental Security Income/State Supplemental Program (SSI/SSP) benefits and are not eligible to receive Food Stamp benefits in California under existing laws.

DFA 377.1A Food Stamp Denial - Various Reasons

**Rules:** These rules apply. You may review them at your welfare office: Food Stamps Manual Section(s): 63-402, 63-402.25, 63-504.23

These are reports of assaults

705 w 615 th st

Brinkley Ar 72021

115 apt

Sherwood, Ar 72120

875 jane dr

Jacksonville, Ar 72078

1100 Ruth ann Dr

Jacksonville, Ar 72076

115 s palm st

North little Rock, Ar 72114

307 W 7th St

North Little Rock, Ar 72114

207 S spruce

North little Rock, Ar 72114

Apt

Redman Rd

Jacksonville, ar 72076

Apt

Jacksonville, Ar 72072



845 Jane Dr

Jacksonville, Ar 72076

1507 Valle Vista

Vallejo, Ca

1500 S Buchanan st

Little Rock, Ar 72204

6801 cluverdale st

Little Rock, Ar

2005 S Woodrow st

Little Rock, Ar 72204

111 Roselvelt

Jacksonville, Ar 72076

110 Galloway

Jacksonville, Ar 72076

1501 apt

Ruthann dr

Jacksoville, Ar 72078

124 A

Brinkley, Ar72021

SHEILA SMITH

307 W 7TH ST

NORTH LITTLE ROCK ARKANSAS 72114

SHEILA SMITH

207 S SPRUCE

NORTH LITTLE ROCK ARKANSAS 72114

PARKCREST APARTMENTS

601 s New Orleans St

Brinkley, Ar 72021


Detroit Michigan


3003 Gibbs rd

Brinkley, Ar 72021


2547 Gibbs r

Brinkley, Ar 72021


North Little Rock, Ar

SHEILA SMITH

3003 Gibbs RD

BRINKLEY, ARKANSAS

501 349-2641, 870-734-1757

POLICE REPORTS FOR SERIES OF VICTIM ASSAULTS

SHEILA JARRETT

705 W 615 TH ST

BRINKLEY ARKANSAS 72021

*307 W 7th Street
North Little RockA—
72114*

SHEILA SMITH

115 PARKCREST APARTMENTS

SHERWOOD ARKANSAS 72120

*207 S Spruce St
North Little Rock A—
72114*

SHEILA SMITH

875 JANE DR

JACKSONVILLE ARKANSAS 72078

SHEILA SMITH

1100 RUTHANN DR

JACKSONVILLE ARKANSAS 72078

SHEILA SMITH

115 PALM ST

NORTH LITTLE ROCK ARKANSAS 72114

# LEE MURPHY LAW FIRM
### A GENERAL PARTNERSHIP OF ATTORNEYS & COUNSELORS AT LAW

**WOMEN'S LITIGATION DEPARTMENT**

DOWNTOWN OFFICE
440 LOUISIANA ST., SUITE 300
HOUSTON, TEXAS 77002
TELEPHONE 800-959-5349
FAX 713-275-6991

*March 31, 2015*

_VIA FIRST CLASS MAIL_          TVMS 28
Sheila Smith
3003 Gibbs Rd.
Brinkley, AR 72021

> ## Welcome To
> ## Lee Murphy Law Firm

Re: Potential Women's Mesh/Sling Implant Claim

Dear Sheila Smith:

Let me be the first to welcome you to the law firm. My team and I understand that you are going through a difficult time, and we thank you for trusting Lee Murphy Law Firm with your case. We welcome the opportunity to work with you.

We have received your paperwork and the next step is to begin the initial investigation of your claim. This process includes ordering your medical records to find "proof" or "evidence" to support your claim. In order to move forward, our firm must be able to confirm the manufacturer and specific model of your mesh/sling implant, and any injuries you have suffered. If you provided medical records to us, we will review them and order additional records as needed.

It is important to let us know if your surgeon or healthcare provider recommends an additional procedure to remove or revise your mesh/sling, as we may need to preserve any mesh/sling or tissue samples from the surgery. If you are scheduled for such a procedure, please provide us with the date, surgeon, and location of the surgery so we can take appropriate action. You can also help by keeping us informed of any changes in your medical condition or contact information.

We will be in contact with you as your file moves forward. If you have any questions, please contact the Women's Litigation Department at **1-800-959-5349**.

Yours truly,

Danae N. Benton
Attorney at Law



# THE ATTORNEY GENERAL
## STATE OF ARKANSAS

Dustin McDaniel
Attorney General

Wendy Cunningham Sanders
Investigator
Crime Victims Reparations Program
Direct dial: (501) 682-8056
E-mail: wendy.sanders@arkansasag.gov

... November 20, 2014

Sheila Smith
3003 Gibbs Road
Brinkley, AR 72021

### Re: ACVRB Claim # 54183

Dear Ms. Smith:

The Arkansas Crime Victims Reparations Board has reviewed your claim for compensation. We regret to inform you that we are unable to grant the assistance you have requested. According to the documentation obtained during the investigative process, we have determined that your claim for compensation should be denied for the following reason:

a. The eligibility criteria has not been met in Arkansas Code Annotated 16-90-712(a)(1) and ACVRB Rule No. 8(4), as this claim was not submitted within one year from the date of the incident, and good cause has not been shown for the untimely filing.

b. The eligibility criteria has not been met in Arkansas Code Annotated 16-90-712(a)(6) and ACVRB Rule No, 8(3), as the incident was not reported to the proper authorities within 72 hours, and good cause has not been shown for the untimely reporting.

c. The eligibility criteria has not been met in Arkansas Code Annotated 16-90-712(b)(1) and ACVRB Rule No. 2 and No. 8(7), as any expenses incurred are covered by Medicaid which must be considered a collateral source.

Please be advised that, pursuant to ACVRB Rule No. 14, you have the right to appeal this decision. In order to appeal, you must notify the administrative staff of the Board in writing within forty-five (45) calendar days of the date of receipt of this notice. In addition, ACVRB Rule No. 14(4) stipulates that you or an authorized representative must be present at the appeal hearing. You will be notified as to the time and date of the appeal hearing. If you desire to have witnesses testify on your behalf, it is your responsibility to contact them and make the necessary arrangements for them to attend the hearing. The Board will not provide witness fees.

Sheila Smith
ACVRB Claim #54183
November 20, 2014
Page 2

     If you have any questions regarding this decision, please contact me at (501) 682-8056 or toll-free at 1-800-448-3014 (outside Pulaski County).

Sincerely,

Wendy Cunningham Sanders

Certified receipt #7012 3460 0001 9444 7363

**Stark Ligon, Executive Director**
**Michael E. Harmon, Deputy Director**
**Charlene A. Fleetwood, Senior Staff Attorney**
**Caroline S. Bednar, Staff Attorney**
**WATS: 1-800-506-6631**

2100 Riverfront Dr., Suite 200
Little Rock, AR 72202-1747
Phone: (501) 376-0313
Fax: (501) 376-3438

November 25, 2014

Ms. Sheila Smith
201 S. Palm St.
North Little Rock, AR 72114

RE:    Attorney David Mitchell, Arkansas Bar ID #81119, Our Tracking #T2012-793

Dear Ms. Smith:

The sole function of the Committee on Professional Conduct is to review allegations of violations of the Arkansas Rules of Professional Conduct on the part of attorneys and to take disciplinary action where warranted. The authority of the Committee is limited to those matters addressed by the Arkansas Rules which have been adopted by the Arkansas Supreme Court as the standard of conduct for Arkansas lawyers.

The information you provided has been carefully reviewed by at least two staff attorneys and there does not appear to be a sufficient basis for a formal complaint under the Committee's limited authority.

There are two requirements that must be met before a formal complaint alleging violations of the Arkansas Rules of Professional Conduct will be pursued. First, there must be a determination that your grievance sets out allegations falling within the scope of the Committee's authority. Second, there must be a determination that the allegations are supported by sufficient evidence. Your grievance does not meet both requirements, so no formal complaint will be prepared.

Pursuant to Section 5.C(5) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law (Rev. 2011), you may request a review of this determination by the reserve panel of the Committee on Professional Conduct. Such a request must be in writing to this office and be received within twenty (20) days of the date of this letter. The request must also set out in general terms the grounds for your objection to this decision to dismiss your complaint.

Sincerely,

Charlene A. Fleetwood
Senior Staff Attorney

CAF/dd

(4.B, 5-21-11)

**Stark Ligon, Executive Director**
**Michael E. Harmon, Deputy Director**
**Charlene A. Fleetwood, Senior Staff Attorney**
**Caroline S. Bednar, Staff Attorney**
**WATS: 1-800-506-6631**

2100 Riverfront Dr., Suite 200
Little Rock, AR 72202-1747
Phone: (501) 376-0313
Fax: (501) 376-3438

November 25, 2014

Ms. Sheila Smith
201 S. Palm St.
North Little Rock, AR 72114

RE:    Attorney Sidney Dabbs, Arkansas Bar ID #65010, Our Tracking #T2012-771

Dear Ms. Smith:

The sole function of the Committee on Professional Conduct is to review allegations of violations of the Arkansas Rules of Professional Conduct on the part of attorneys and to take disciplinary action where warranted. The authority of the Committee is limited to those matters addressed by the Arkansas Rules which have been adopted by the Arkansas Supreme Court as the standard of conduct for Arkansas lawyers.

The information you provided has been carefully reviewed by at least two staff attorneys and there does not appear to be a sufficient basis for a formal complaint under the Committee's limited authority.

There are two requirements that must be met before a formal complaint alleging violations of the Arkansas Rules of Professional Conduct will be pursued. First, there must be a determination that your grievance sets out allegations falling within the scope of the Committee's authority. Second, there must be a determination that the allegations are supported by sufficient evidence. Your grievance does not meet both requirements, so no formal complaint will be prepared.

Pursuant to Section 5.C(5) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law (Rev. 2011), you may request a review of this determination by the reserve panel of the Committee on Professional Conduct. Such a request must be in writing to this office and be received within twenty (20) days of the date of this letter. The request must also set out in general terms the grounds for your objection to this decision to dismiss your complaint.

Sincerely,

Charlene A. Fleetwood
Senior Staff Attorney

CAF/dd

(4.B, 5-21-11)

# Pulaski Technical College



North Little Rock

Arkansas

## To all to whom these presents may come, Greetings
## Be it known that

# Sheila D. Smith

having satisfactorily completed the program of study
prescribed by the College an d upon recommendation of the Faculty
is hereby granted this degree

# Associate of Arts

## In testimony whereof, we have affixed our signatures

August 8, 2008

Date of Award

_John E. Brown_
Chairman, Board of Trustees

_Dan F. Bakke_
President

# Pulaski Technical College



North Little Rock                    Arkansas

## To all to whom these presents may come, Greetings
### Be it known that

## Sheila D. Smith

having satisfactorily completed the program of study
prescribed by the College an d upon recommendation of the Faculty
is hereby granted this degree

## Associate of Science

In testimony whereof, we have affixed our signatures

August 8, 2008
Date of Award

_____
Chairman, Board of Trustees

_____
President

# Pulaski Technical College



North Little Rock                          Arkansas

## To all to whom these presents may come, Greetings
### Be it known that

# Sheila D. Smith

having satisfactorily completed the program of study
prescribed by the College an d upon recommendation of the Faculty
is hereby granted this degree

## Certificate of General Studies

### In testimony whereof, we have affixed our signatures

August 8, 2008
Date of Award

_____
Chairman, Board of Trustees

_____
President

# HOMEWARD BOUND PROGRAM

1235 Mission Street (between 8th & 9th)
South of Market Neighborhood
Phone: 415-533-3475
Monday – Friday: 8.00 am – 4.00 pm

The Homeward Bound program is designed to help reunite homeless persons living in San Francisco with family and friends willing and able to offer ongoing support to end the cycle of homelessness.

Through the Homeward Bound Program, the Human Services Agency can provide you with a bus ticket home if you meet following criteria:

- homeless/low income and living in San Francisco
- have family or friends at the destination that Homeward Bound staff can verify as willing and able to provide you a place to stay and ongoing support
- medically stable enough to travel unassisted to the destination
- must not have any outstanding warrants or other legal problems
- sober and able to abstain from alcohol or using other substances en route.

Your personal hygiene must be at an acceptable level to travel. Clothing and shower facilities can be provided before you get on the bus.

You may not travel with a pet. An exception may be made for a certified service animal (by Greyhound bus only).

DIRECTIONS BY PUBLIC TRANSPORTATION:

- BART/MUNI Station – 1 Block south of Civic Center Station
- MUNI Bus Lines – 9, 11, 12, 14, 19, 26

**Updated 01/2014**

T2012 - 793
CAL

# ARKANSAS SUPREME COURT [12/7/14] TEE ON PROFESSIONAL CONDUCT
## GRI    FORM

*Received DEC 28 2012*
*Committee on Professional Conduct*

NPC 11/25/14

## PART A: YOUR INFORMATION (Please PRINT, keep current & notify us immediately of any changes)

Your name: (Mr. / Mrs. / Ms.) __Shela__ __Denise__ __Smith__
(First)                          (Middle)                     (Last)

Mail address: __207 S Spruce St__

City: __North Little Rock__ County: __Pulaski__ State: __Ar__ Zip: __72114__ (If inmate ADC#): __

Home Tel: __501 246 5890__ Work Tel: _____ Your Cell: __1/3/13__

Spouse/Other Contact Name: _____ (If applies)    Spouse/Other Cell: _____ (If applies)    __New Address:__

E-Mail: __chosenisi @ yahoo.com__ Fax #: __5908 McCain Place NLR, AR: 72117__

Employed: __called 3/12/15 . New Address: Apt #3__ Address: __22 Merrell Circle, Forrest City, AR 72335 (wanted copies of NPC letters on Mitchell & Dibbis)__

If you are currently represented by an attorney, please provide:

Attorney Full Name: _____

Address: __David Stockley Mitchell__ Tel: _____

## PART B: INFORMATION ABOUT ATTORNEY WHOM YOU ARE COMPLAINING: # 81119

Attorney's Full Name: ~~Alvin Simes~~ __David Mitchell__ AR Bar Id#: _____

Address: __1120 North St  Little Rock Ar  72201__ Mailed 3/12/15

Does (did) this attorney represent you? __yes__ If yes, when (month/year) was he/she hired? _____

What did you hire the attorney to do for you? __honor me regards to case that was negligence because Alvin Si__

What was the fee arrangement? **Please include copies of all checks and/or receipts. (Do not send original documents)** ~~$1000~~ __one third of case__

3/12/15 New Address: 21 Bridgeway NLR, AR 72113

Did the attorney or anyone on his behalf contact you to see if he or she could represent you? YES __✓__ NO ___

If you answered "yes" to the last question please answer the following three questions:  3/30/15 New Add 3003 Gibbs Rd. Brinkley, AR 72021

A. Did you request the attorney to contact you?    Yes __✓__ No ___

B. How was you contacted?  Phone ___  In-Person __✓__  Mail ___  Other ___

C. Was the contact made by the attorney __✓__ or another person ___ (Name: _____

Did you sign a Contract of Employment or Fee Agreement? Yes __✓__ No ___

If yes, include **copies** with your grievance.

*3/12/15 Told her the 20 days were up back in 2014. She still wanted copies of NPC let*

**PART C: INFORMATION ABOUT YOUR LAWSUIT, COURT CASE**

help

Give court, case number, and party names of any lawsuit (i.e. Doe v. Poe, Pope County Circuit, C-04-017) Please include copies of any orders and any pleadings that you have on this case.

COURT NAME: _____

CASE NUMBER: _____

PARTY NAMES OF ANY LAWSUIT: Sheile Smith regards
Sweet Pee Berbeque negligence
Alvin Simes

**PART D: INFORMATION ABOUT YOUR GRIEVANCE**

State in detail and in chronological order the circumstances involved. Include dates or approximate dates. Attach additional sheets of paper if you do not have room below to fully explain your grievance. Also, attach photocopies of any documents you feel are relevant to your grievance. PLEASE DO NOT SEND ORIGINAL DOCUMENTS. WE CANNOT BE RESPONSIBLE FOR THEIR SAFE KEEPING AND RETURN TO YOU. (This office charges .25 per page to provide copies of any documents you may later need)

Alvin Sims was hired regards case
Sweet Pee Berbeque he negligence,
of not f David S Mitchell had case
money was granted to
parents never heard from Alvin
Alvin 1702 S Washington st Forrest City A-
72835

Return completed form to: Office of Professional Conduct, 2100 Riverfront Drive, Suite 200, Little Rock, AR 72202-1747. (Fax number 501-376-3438)

IF BLANKS ARE LEFT ON THIS FORM OR ALL QUESTIONS ARE NOT ANSWERED THE PROCESSING OF YOUR GRIEVANCE MAY BE DELAYED.

GRIEVANCES CANNOT BE FILED ON-LINE. YOU MUST MAIL/ FAX IT TO OUR OFFICE.

(Rev. 1.1, 5-26-11)
Page 3 of 3

## ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT
### GRIEVANCE FORM

JAN 22 2013

**PART A: YOUR INFORMATION (Please PRINT, keep current & notify us immediately of any changes)**

Your name: (Mr. / Mrs. / Ms.) Sheila (First) Denise (Middle) Smith (Last)

Mail address: 5908 McCain Pl Apt 302

City: North Little Rock County: Pulaski State: Ar Zip: 72117 (If inmate ADC#):

Home Tel: 501 246 5890 Work Tel: Your Cell:

Spouse/Other Contact Name: _____ (If applies)    Spouse/Other Cell: _____ (If applies)

E-Mail: chosen.si@yahoo.com    Fax #: _____

Employer: _____ Address: _____

If you are currently represented by an attorney, please provide:

Attorney Full Name: _____

Address: _____ Tel: _____

**PART B: INFORMATION ABOUT ATTORNEY WHOM YOU ARE COMPLAINING:**

Attorney's Full Name: David S Mitchell    AR Bar Id#: 81119

Address: 1120 North St Little Rock Ar 72201

Does (did) this attorney represent you? yes If yes, when (month/year) was he/she hired? 2013

What did you hire the attorney to do for you? be attorney for a claim had

What was the fee arrangement? **Please include copies of all checks and/or receipts. (Do not send original documents)** Don't have paper work

Did the attorney or someone on his behalf contact you to see if he or she could represent you? YES ✗ NO

If you answered "yes" to the last question please answer the following three questions:

   A. Did you request the attorney to contact you?    Yes ✗ No ____    Already Filed 12/28/12

   B. How was the contact made? Phone ____ In-Person ✗ Mail ____ Or T2012-793

   C. Was the contact made by the attorney yes or another person ____ (Name: ____

Did you sign a Contract of Employment or Fee Agreement? Yes ✗ No ____

**If yes, include copies with your grievance.**

(Rev. 1.1, 5-26-11)
Page 2 of 3

## PART C: INFORMATION ABOUT YOUR LAWSUIT, COURT CASE

**Give court, case number, and party names of any lawsuit (i.e. Doe v. Poe, Pope County Circuit, C-04-017) Please include copies of any orders and any pleadings that you have on this case.**

COURT NAME: _____

CASE NUMBER: _____

PARTY NAMES OF ANY LAWSUIT: _____

_____

_____

## PART D: INFORMATION ABOUT YOUR GRIEVANCE

State in detail and in chronological order the circumstances involved. Include dates or approximate dates. Attach additional sheets of paper if you do not have room below to fully explain your grievance. Also, attach **photocopies** of any documents you feel are relevant to your grievance. **PLEASE DO NOT SEND ORIGINAL DOCUMENTS. WE CANNOT BE RESPONSIBLE FOR THEIR SAFE KEEPING AND RETURN TO YOU. (This office charges .25 per page to provide copies of any documents you may later need)**

David Mitchell was hired 2013 he
spoke to James Tuner a clam
case for savers he was
given for case and it was
given to parent never heard
from my clam was 18625 6563

Return completed form to: Office of Professional Conduct, 2100 Riverfront Drive, Suite 200, Little Rock, AR 72202-1747. (Fax number 501-376-3438)

**IF BLANKS ARE LEFT ON THIS FORM OR ALL QUESTIONS ARE NOT ANSWERED THE PROCESSING OF YOUR GRIEVANCE MAY BE DELAYED.**

**GRIEVANCES CANNOT BE FILED ON-LINE. YOU MUST MAIL/ FAX IT TO OUR OFFICE.**

(Rev. 1.1, 5-26-11)
Page 3 of 3

2012-793  **ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT**
12/28/12  **GRIEVANCE FORM**

**PART A: YOUR INFORMATION (Please PRINT, keep current & notify us immediately of any changes)**

Your name: (Mr. / Mrs. / Ms.) __Sheila__ ___Denise___ ___Smith___
(First) (Middle) (Last)

Mail address: __5908 McCain Pl Apt 302__

City: __North Little Rock__ County: __Pulaski__ State: __Ar__ Zip: __72117__ (If inmate ADC#): _____

Home Tel: __501 246 5890__ Work Tel: _____ Your Cell: _____

Spouse/Other Contact Name: _____ Spouse/Other Cell: _____
(If applies) (If applies)
E-Mail: __Chosenisi @ yahoo .com__ Fax #: _____

Employer: _____ Address: _____

If you are currently represented by an attorney, please provide:

Attorney Full Name: _____

Address: _____ Tel: _____

**PART B: INFORMATION ABOUT ATTORNEY WHOM YOU ARE COMPLAINING:**

Attorney's Full Name: __David Mitchell__ AR Bar Id#: __81119__

Address: __1120 North St Little Rock Ar  72201__

Does (did) this attorney represent you? __yes__ If yes, when (month/year) was he/she hired? __95__

What did you hire the attorney to do for you? __to represent me in a__
__reprimand lawyer ~~reprimend~~ Alvin Sims claim__

What was the fee arrangement? **Please include copies of all checks and/or receipts. (Do not send original documents)**

_____

Did the attorney or someone on his behalf contact you to see if he or she could represent you? YES_____ NO __✓__

If you answered "yes" to the last question please answer the following three questions:

    A. Did you request the attorney to contact you? Yes __✓__ No_____

    B. How was the contact made? Phone_____ In-Person __✓__ Mail_____ Other_____

    C. Was the contact made by the attorney_____or another person _____(Name:_____

Did you sign a Contract of Employment or Fee Agreement? Yes __✓__ No_____

**If yes, include copies with your grievance.**

(Rev. 1.1, -01-13)
Page 2 of 3

## PART C: INFORMATION ABOUT YOUR LAWSUIT, COURT CASE

Give court, case number, and party names of any lawsuit (i.e. Doe v. Poe, Pope County Circuit, C-04-017) Please include copies of any orders and any pleadings that you have on this case.

COURT NAME: _____

CASE NUMBER: _____

PARTY NAMES OF ANY LAWSUIT: _Sheila Smith plaintiff VS_
_Alvin Sims defendant_

_____

## PART D: INFORMATION ABOUT YOUR GRIEVANCE

State in detail and in chronological order the circumstances involved. Include dates or approximate dates.  Attach additional sheets of paper if you do not have room below to fully explain your grievance.  Also, attach **photocopies** of any documents you feel are relevant to your grievance.  **PLEASE DO NOT SEND ORIGINAL DOCUMENTS.  WE CANNOT BE RESPONSIBLE FOR THEIR SAFE KEEPING AND RETURN TO YOU. (This office charges .25 per page to provide copies of any documents you may later need)**

I had a claim Sheila Smith VS Sweets Pea barbeque
and Alvin Sims was reprimanded and
david Mitchell represented me on
negligence and gave my money to
my mother Dr. Gail Rapose Jones

Return completed form to: Office of Professional Conduct, 2100 Riverfront Drive, Suite 200, Little Rock, AR 72202-1747.  (Fax number 501-376-3438)

IF BLANKS ARE LEFT ON THIS FORM OR ALL QUESTIONS ARE NOT ANSWERED THE PROCESSING OF YOUR GRIEVANCE MAY BE DELAYED.

GRIEVANCES <u>CANNOT</u> BE FILED ON-LINE. YOU MUST MAIL/ FAX IT TO OUR OFFICE.

Received

ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT

DEC 17 2012

GRIEVANCE FORM

T2012 — 771

NPC 11/25/14

Arkansas Supreme Court
Committee on Professional Conduct

**PART A: YOUR INFORMATION (Please PRINT, keep current & notify us immediately of any changes)**

Your name: (Mr. / Mrs. / Ms.) Sheila Denise Smith
(First)                    (Middle)                    (Last)

Mail address: ~~[redacted]~~ 207 S Spruce St

City: North Little Rock County: Pulaski State: AR Zip: 72114 (If inmate ADC#): _____

Home Tel: 501 246 5890 Work Tel: _____ Your Cell: _____

Spouse/Other Contact Name: _____         Spouse/Other Cell _New address:_
(If applies)                                  (If applies)       5908 McCain Place
E-Mail: chosenm5i. @ yahoo .com  Fax #: _____       Apt. #302

Employer: _____ Address: _____       North Little Rock, AR

If you are currently represented by an attorney, please provide:       72117

Attorney Full Name: _____                               7/3/13

Address: _____ Sidney C. Dabbs Tel: _____ #65010

**PART B: INFORMATION ABOUT ATTORNEY WHOM YOU ARE COMPLAINING:**

Attorney's Full Name: Sid Dabbs _____ AR Bar Id#: _____

Address: 2024 Arkansas Valley Dr Suite 100 Little Rock 722

Does (did) this attorney represent you? yes If yes, when (month/year) was he/she hired? _____

What did you hire the attorney to do for you? represent me in a automob

accident of 1989

What was the fee arrangement? **Please include copies of all checks and/or receipts. (Do not send original documents)** ~~[redacted]~~

Did the attorney or someone on his behalf contact you to see if he or she could represent you? YES ✓ NO ~~[redacted]~~

If you answered "yes" to the last question please answer the following three questions:

A. Did you request the attorney to contact you?       Yes ____ No ✓

B. How was the contact made?  Phone ____  In-Person ✓  Mail ____  Other ____

C. Was the contact made by the attorney yes or another person ____ (Name: _____)

Did you sign a Contract of Employment or Fee Agreement? Yes ✓ No ____

**If yes, include copies with your grievance.**

(Rev. 1.1, 5-26-11)
Page 2 of 3

## PART C: INFORMATION ABOUT YOUR LAWSUIT, COURT CASE

Give court, case number, and party names of any lawsuit (i.e. Doe v. Poe, Pope County Circuit, C-04-017) Please include copies of any orders and any pleadings that you have on this case.

COURT NAME: _____

CASE NUMBER: _____

PARTY NAMES OF ANY LAWSUIT: _____

_____

_____

## PART D: INFORMATION ABOUT YOUR GRIEVANCE

State in detail and in chronological order the circumstances involved. Include dates or approximate dates. Attach additional sheets of paper if you do not have room below to fully explain your grievance. Also, attach **photocopies** of any documents you feel are relevant to your grievance. _PLEASE DO NOT SEND ORIGINAL DOCUMENTS._ **WE CANNOT BE RESPONSIBLE FOR THEIR SAFE KEEPING AND RETURN TO YOU.** (This office charges .25 per page to provide copies of any documents you may later need)

Represented 1989 and case settled
mega millions and the money
was given to parents that
never heard from

Return completed form to: **Office of Professional Conduct, 2100 Riverfront Drive, Suite 200, Little Rock, AR 72202-1747. (Fax number 501-376-3438)**

IF BLANKS ARE LEFT ON THIS FORM OR ALL QUESTIONS ARE NOT ANSWERED THE PROCESSING OF YOUR GRIEVANCE MAY BE DELAYED.

GRIEVANCES **CANNOT** BE FILED ON-LINE. YOU MUST MAIL/ FAX IT TO OUR OFFICE.

Received

JAN 1 4 2013

Arkansas Supreme Court
Committee on Professional Conduct

**SUPREME COURT OF ARKANSAS**
**OFFICE of PROFESSIONAL CONDUCT**

**Stark Ligon, Executive Director**
**Nancie M. Givens, Deputy Director**
**Michael E. Harmon, Senior Staff Attorney**
**Charlene A. Fleetwood, Staff Attorney**
**WATS: 1-800-506-6631**

**Justice Building, Room 110**
**625 Marshall Street**
**Little Rock, AR 72201-1022**
**Phone: (501) 376-0313**
**Fax: (501) 376-3438**

January 3, 2013

Ms. Sheila D. Smith
207 S. Spruce Street
North Little Rock, AR 72114

Re:     Attorney Sidney C. Dabbs, Arkansas Bar ID #65010, Our File #T2012-771

Dear Ms. Smith:

As explained to you in an earlier letter, the sole function of the Committee on Professional Conduct is to review allegations of violations of the Model Rules of Professional Conduct on the part of attorneys and to take disciplinary action where warranted. The authority of the Committee is limited to those matters addressed by the Model Rules which have been adopted by the Arkansas Supreme Court as the standard of conduct for Arkansas lawyers.

Your grievance is currently being assessed. To further this process, we need the following additional information from you:

1.     When was the accident? *1989*

2.     Where did the accident occur? *justice*

3.     Who were occupants of the automobile vehicles in the accident? *Tonya Terrell* *Michelle Mathews   Kevin Palmer*

4.     Do you have a copy of the accident report? If so, please provide this office with a copy of the report. *no*

5.     How did you decide upon employing Mr. Dabbs to represent you in the accident? *referred Deen Gatson*

6.     You stated that your matter settled. Do you have a copy of the settlement agreement? *no* If so, please provide a copy of the settlement agreement.

7.     You stated that the settlement resulted in millions of dollars. Where did the money go? *Parents never heard from*

8.     If the accident occurred sometime in 1989, why have you waited until 2012 to file a grievance with this office concerning this matter? ~~settlement~~

*parents never heard from money was given to and won't give me any*

Dear Mr. Stark Ligon

Hello, my name is Sheila Smith and I have filed some grievances with Professional Conduct Committee and it's been a year and no reply. I have tried to discuss the matter with Charlene Fleetwood and she repeats the same conversation in regards to her efforts of resolving my grievances, she states that she have not heard from Attorney David Mithelle and I know that when a lawyer doesn't ethically abide by the rules and regulations that he is liable for a reprimand and on the basis of speaking with Mr. Michael Harmon, he repeats stating he is still investigating. I have other grievances and don't know who they are assigned to and none of the are compliance and these grievance are relevant to fact of never receiving none of my money from the attorneys and they are being given to parents that I never have met, but only my mother one time and when I encountered her as her patient she acts as if she didn't want to talk about why my money was distributed to her and why I never received any of it and not knowing me as her daughter. I have initially called law enforcement such as marshals. These things are matters that I think you should know about and investigate. I receive mega millions on behalf of Sid Dabbs and Michael Harmon is assigned to this grievance but initially has not resolved my grievance. I am asking that you investigate these grievances to see why they are not resolved. I will be looking to hear from you.

Sincerely, Sheila Smith
201 s palm st
North Little Rock, Ar 72114
501-349-2641

February 21, 2013

**ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT**

## GRIEVANCE FORM

1 2013-138 **MdH**

**PART A: YOUR INFORMATION (Please PRINT, keep current & notify us immediately of any changes)**

Your name: (Mr. / Mrs. / Ms.) Sheila    Denise    Smith

                (First)         (Middle)        (Last)

Mail address: 207 S Spruce St

City: North Little Rock   County: Pulaski   State: Ar   Zip: 72114 (If inmate ADC#): _____

Home Tel: 501 244 5890   Work Tel: _____   Your Cell: _____

Spouse/Other Contact Name: _____    Spouse/Other Cell: _____
(If applies)                             (If applies)

E-Mail: chosenisi @ yahoo.com   Fax #: _____   New address:

Employer: _____ Address: _____    5908 McCain Place

If you are currently represented by an attorney, please provide:   Apt. #302

Attorney Full Name: _____      NLR, AR 72117

Address: _____    Tel: _____

                 Alvin Leonard Simes

**PART B: INFORMATION ABOUT ATTORNEY WHOM YOU ARE COMPLAINING:**

Attorney's Full Name: ~~Alvin Simes Deral Mitchel~~ # 89/88 AR Bar Id#: _____

Address: 1120 North St Little Rock Ar 72201

Does (did) this attorney represent you? yes If yes, when (month/year) was he/she hired? _____

What did you hire the attorney to do for you? honor me regards to case that was negligence because Alvin Sime

What was the fee arrangement? **Please include copies of all checks and/or receipts. (Do not send original documents)** ~~$1000~~ one third of case

Did the attorney or someone on his behalf contact you to see if he or she could represent you? YES ✓ NO _____

If you answered "yes" to the last question please answer the following three questions:

   A. Did you request the attorney to contact you?    Yes ✓ No _____

   B. How was the contact made?   Phone _____ In-Person ✓ Mail _____ Other _____

   C. Was the contact made by the attorney ✓ or another person _____ (Name: _____)

Did you sign a Contract of Employment or Fee Agreement? Yes ✓ No _____

**If yes, include copies with your grievance.**

(Rev. 1.1, 5-26-11)
Page 2 of 3

help

Give court, case number, and party names of any lawsuit (i.e. Doe v. Poe, Pope County Circuit, C-04-017) Please include copies of any orders and any pleadings that you have on this case.

COURT NAME: _____

CASE NUMBER: _____

PARTY NAMES OF ANY LAWSUIT: Sheila Smith regards Sweet Pea Berbeque negligence Alvin Simes

## PART D: INFORMATION ABOUT YOUR GRIEVANCE

State in detail and in chronological order the circumstances involved. Include dates or approximate dates. Attach additional sheets of paper if you do not have room below to fully explain your grievance. Also, attach **photocopies** of any documents you feel are relevant to your grievance. PLEASE DO NOT SEND ORIGINAL DOCUMENTS. WE CANNOT BE RESPONSIBLE FOR THEIR SAFE KEEPING AND RETURN TO YOU. (This office charges .25 per page to provide copies of any documents you may later need)

Alvin Sims was hired regards case Sweet Pea Berbeque he negligence, of not f David S Mitchell had case ~~given~~ money was granted to parents never heard from Alvin Alvin 1702 S Washington st Forrest City Ar 72335

Return completed form to: **Office of Professional Conduct, 2100 Riverfront Drive, Suite 200, Little Rock, AR 72202-1747. (Fax number 501-376-3438)**

IF BLANKS ARE LEFT ON THIS FORM OR ALL QUESTIONS ARE NOT ANSWERED THE PROCESSING OF YOUR GRIEVANCE MAY BE DELAYED.

GRIEVANCES CANNOT BE FILED ON-LINE. YOU MUST MAIL/ FAX IT TO OUR OFFICE.

(Rev. 1.1, 5-26-11)
Page 3 of 3

# SUPREME COURT OF ARKANSAS
## Committee on Professional Conduct

**COMMITTEE**

KEN REEVES, CHAIRMAN
HARRISON
SUE WINTER, SECRETARY
LITTLE ROCK
CARLTON BAILEY
FAYETTEVILLE
ALAN HUMPHRIES
PINE BLUFF
RICHARD A. REID
BLYTHEVILLE
BART VIRDEN
MORRILTON
DR. PATRICIA YOUNGDAHL
LITTLE ROCK

JAMES A. NEAL, EXECUTIVE DIRECTOR
LESLIE FRYXELL, STAFF ATTORNEY
NANCIE M. GIVENS, STAFF ATTORNEY
JUSTICE BUILDING, ROOM 205
625 MARSHALL STREET
LITTLE ROCK, AR 72201
(501) 376-0313
FAX (501) 374-1853

CERTIFIED MAIL RECEIPT #Z 090 402 605

**F.LED**

November 29, 1995

**DEC 28 1995**
**LESLIE W. STEEN**
**CLERK**

Mr. Alvin Leonard Simes                    Bar ID #89188
Attorney at Law
P.O. Box 2870
West Helena, AR  72390

RE: Sheila Denise Jarrett - Complainant

Dear Mr. Simes:

The Committee on Professional Conduct has carefully
considered the complaint filed against you by Sheila Denise Jarrett
and your response.

It is the decision of the Committee that your conduct in this
matter was a violation of Rules 1.3 and 1.4(a) of the Model Rules
of Professional Conduct as amended by the Arkansas Supreme Court.
The Arkansas Supreme Court has adopted these Rules as the standard
of conduct for Arkansas attorneys.

These Rules state, in part, that a lawyer shall act with
reasonable diligence and promptness in representing a client and a
lawyer shall keep a client reasonably informed about the status of
a matter and promptly comply with reasonable requests for
information.

You are hereby cautioned for this conduct.  The Committee
intends to advise the complainant of the specific disciplinary
action taken when this matter is concluded.

Ms. Jarrett stated that in July 1993, you were retained to
represent her in legal matters involving her employer.   In
December, 1993, the EEOC sent Ms. Jarrett a Notice of Right to Sue.
The Notice indicated that a copy was also sent to you.  When Ms.
Jarrett received the Notice she discussed with you the grounds on

Page 2

which she wanted to sue her employer. You filed a lawsuit on March 14, 1994, however, this not within the ninety-day time limit. An Answer was filed which pointed out the late nature of the lawsuit. You filed no responsive pleading. An Order was entered on July 13, 1994, directing you to serve one of the defendants and file proof of service. You did not and the case against that defendant was dismissed for failure to prosecute. You did not advise your client of this dismissal. Five months later you filed a Motion for Continuance wherein you admitted an inability to serve a defendant and requested a continuance to investigate his whereabouts. A Pre-Trial Conference Sheet was filed on January 23; 1995, wherein you mentioned having filed a Motion to Compel and an Amended Complaint. Neither of these pleadings are on the District Court's docket sheet. Ms. Jarrett stated that she tried, unsuccessfully, to contact you on several occasions. Then on May 1, 1995, you explained to Ms. Jarrett that the lawsuit was not timely filed because of some erroneous information regarding the receipt date of the Notice of Right to Sue. However, Ms. Jarrett averred that there was no misunderstanding and you were told the correct date. Also you received your own copy as attorney of record. Ms. Jarrett terminated your services and requested her file. You would not release her file without her signing a note which you prepared. She then retained counsel who did receive a portion of the file. You filed a Motion to Withdraw, but never served Ms. Jarrett with a copy. Upon learning of the Motion, Ms. Jarrett did file a Response. The Motion was granted and Ms. Jarrett has been unable to retain another attorney.

For your response, you stated that Ms. Jarrett had several claims against her employer. A complaint was filed in Federal District Court alleging sexual harassment; the assault, battery and false imprisonment allegations were pendant state claims. Since the basis for the wrongful discharge was race, it was filed pursuant to 42 U.S.C. §1981. You stated that you had several office conferences during which you explained her claims. You requested documentation showing when she received her Right to Sue letter, but no response was received. In December 1993 and January 1994, Ms. Jarrett advised you of her desire to drop her case. Believing she was being stalked, she then wanted to discuss other matters. Among them was that she was told that you would "sell her and her case out." She believed that and advised you to drop her lawsuit. This fact, you stated, coupled with her other personal matters and her state of mind made it impossible for you to "zealously represent her." You averred that these issues also made it difficult for you to plan strategy and proceed with discovery.

Further, you had advised Ms. Jarrett that her sexual harassment claim would be forever lost if a federal lawsuit was not filed within ninety days from the day she received the Right to Sue Letter, however, you were of the impression she wished to drop the case. Subsequently, in March 1994, she contacted you and advised

Page 3

that she was ready to proceed and advised that the Right to Sue
letter was received on December 19, 1993.  It was with that
information you filed the complaint on March 14, 1994.

You stated with regard to service on one of the defendants
that his specific whereabouts were unknown, but that he was in a
mental institution.  Although Ms. Jarrett was going to contact you
regarding a private investigator, she never did.

In April 1995, Ms. Jarrett advised of her desire not to pursue
her claims of unlawful termination, false imprisonment and assault
and battery, but in May 1995, she changed her mind.  After May 1,
1995, she refused to keep any appointments.  You promptly complied
with Ms. Jarrett's request for her file and filed a Motion to
Withdraw.  The Motion was granted and a new trial date set.

In conclusion, you asserted that if any of Ms. Jarrett's
claims were lost it was due to her own misrepresentation.

The Procedures of the Arkansas Supreme Court Regulating
Professional Conduct of Attorneys at Law provide you have the
right to a public hearing, de novo, before this Committee upon
written request within 20 days.  Please be advised that all
violations of the Model Rules alleged in the original formal
complaint will be considered in a de novo hearing.  The press will
be given advance notice of the hearing and identity of the
attorney involved.  In the absence of such a request, this caution
will be entered in the files of the Committee and may be considered
in determining the action it might take in the event of any further
complaints filed against you.  Also, this caution will be filed as
a public record with the Clerk of the Arkansas Supreme Court.

                              Sincerely,


                              The Supreme Court Committee on
                              Professional Conduct
                              By: Ken Reeves, Chairman


KR:sr

AFFIDAVIT

STATE OF ARKANSAS )
              ) ss
COUNTY OF MONROE )

    I, Sheila Denise Jarrett, P. O. Box 614, Brinkley, Arkansas, being duly sworn, do hereby state the following:

    During July 1993, I contacted Alvin Leonard Simes, an attorney practicing in West Helena, Arkansas, concerning a legal matter involving my employer, Sweet Peas Barbeque. Mr. Simes agreed to represent me upon payment of a $1,000 retainer fee. Mr. Simes was paid the $1,000 as required. (Copies of receipts attached as Exhibit "A".) Mr. Simes was my attorney when my claim against Sweet Peas Barbeque was submitted to the Equal Employment Opportunity Commission ("EEOC"). On December 9, 1993, a Notice Of Right To Sue was sent to me by the EEOC. A copy of this Notice was also sent to Mr. Simes. (Copy of Notice is attached as Exhibit "B".) Mr. Simes was contacted by me immediately upon my receipt of this notice. I discussed with him that I wanted to sue on the bases of sexual harassment, assault, and false imprisonment. Mr. Simes advised there was no problem with doing so. I trusted Mr. Simes to have a lawsuit filed in a timely fashion on my behalf. Although getting in contact with Mr. Simes was often times difficult, I still believed he would file my lawsuit in a timely manner. On March 14, 1994, Mr. Simes filed a lawsuit on my behalf in the United States District Court. (Copy of Complaint attached as Exhibit "C".) In the Complaint, Mr. Simes refers to the date of the Notice Of Right To Sue letter, not the date of receipt. In addition to the Complaint, Mr. Simes also filed a Memo to the File

in a note Mr. Simes provided to me. (Copy of note attached as Exhibit "L".) I would not write such a letter so Mr. Simes refused to provide me with my file. Since I was unable to obtain my file on my own, I contacted attorney Gus Allen to assist me. On May 23, 1995, Mr. Allen wrote Mr. Simes and formally requested a copy of my file. (Copy of letter attached as Exhibit "M".) Mr. Simes sent a portion of my file to Mr. Allen on June 2, 1995. In the transmittal letter, Mr. Simes not only speaks of retaining his work product, he also asserts confidentiality privilege. In addition to this Mr. Simes once again states that I told him I received the Notice on December 19, 1993. This is not correct, if I had told Mr. Simes that and he believed it to be so, why is it that he did not assert this in the Complaint he filed. (Copy of Mr. Simes' June 2, 1995, letter to Mr. Allen attached as Exhibit "N".) Following this activity, Mr. Simes filed a Motion To Withdraw in my case. Mr. Simes never served me with a copy of this Motion. However, upon learning of the Motion and with the assistance of another attorney I filed a response to the Motion of Mr. Simes. (Copy attached as Exhibit "O".) I was informed on June 30, 1995, that the Court had granted Mr. Simes' Motion and allowed him to withdraw. Since that time I have been unable to obtain other counsel to take my case and it seems likely that it will be dismissed based on the late nature of the filing.

I now allege the following violations of the Model Rules of Professional Conduct on the part of attorney Alvin L. Simes:

1.   [Model Rule 1.3] A lawyer shall act with reasonable

4

diligence and promptness in representing a client.

2. [Model Rule 1.4(a)] A lawyer shall keep a client reasonably informed about the status of a matter and promptly comply with reasonable requests for information.

3. [Model Rule 8.4(d)] A lawyer shall not engage in conduct that is prejudicial to the administration of justice.

*Sheila Denise Jarrett*

Sheila Denise Jarrett

Subscribed and sworn to by me, a Notary Public, this 4 day of _September_, 1995.

*Seymour J Thomas*

Notary Public

My Commission Expires: 11-01-03



*Patrick*

**Days Inn**
**Value Under The Sun.**

Days Inn Las Vegas at Wild Wild West
3330 West Tropicana Avenue
Las Vegas, NV 89103
Tel: (702) 740-0000 Fax: (702) 736-7106

12-06-14

| | | |
|---|---|---|
| **Sheilia Smith** | Folio No. : 204047 | Room No. : **636** |
| 5908 Mccain Place #302 | A/R Number : | Arrival : **12-05-14** |
| North Little Rock AR 72117 | Group Code : | Departure : **12-06-14** |
| US | Company : | Conf. No. : **20236586** |
| | Wyndham Rewards : | Rate Code : **RACK** |
| | Invoice No. : | Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-05-14 | Room Charge | 104.00 | |
| 12-05-14 | Room Tax | 12.48 | |
| 12-05-14 | Amenity Fee | 5.99 | |
| 12-05-14 | Amenity Tax | 0.72 | |
| 12-06-14 | Visa XXXXXXXXXXXX0979 | | 123.19 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. If you are not already a member, join the next time you check-in, visit us at www.wyndhamrewards.com or call 1-866-996-7937.

| | | |
|---|---|---|
| **Total** | 123.19 | 123.19 |
| **Balance** | 0.00 | |

Guest Signature: _____

Please contact the Manager about any issues with your stay. Days Inn or affiliates may contact you about goods and services unless you call 800-222-3297 or write to Wyndham Worldwide Hotels, Inc. 1 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Days Inn website about privacy.

**Thank you for staying with us.**
**It was our pleasure to serve you.**





SHEILIA SMITH

NORTH LITTLE ROCK AR 72117

Room: 240
Rate: 55.00 + Tax
Check-in: 11/02/14 10:02pm   Out: 11/03/14   Nights: 1   Guests: 1/0

|  | | CHARGES | | | | PAYMENT | | | |
| Date | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/14 | 55.00 | 0.00 | 0.00 | 8.53 | 63.53 | 63.53 | 0.00 | 0.00 | 63.53 | 0.00 |

AMOUNT TENDERED : $0.00
CHANGE : $0.00

Check-out time: 11:00am   Check-in time: 3:00pm

Gust Signature: _____

RENT IS PAYABLE IN ADVANCE, NO REFUNDS, NO PERSONAL CHECKS, NO PETS. ALL VISITORS MUST BE ACCOMPANIED IN AND OUT OF THE BUILDING BY REGISTERED GUEST. NO VISISTORS ALLOWED FROM 9 PM TO 9

THERE IS A $10.00 KEY DEPOSIT WHICH IS REFUNDALE ONCE YOU RETURN THE KEY BACK AT CHECK-OUT.

SECURITY IS THE RESPONSIBLITY IS EACH RESIDENT AND EACH GUEST. OWNER OR MANAGEMENT ASSUMES NO RESPONSIBILITY OF LIABILITY UNLESS OTHERWISE PROVIDED BY LAW, FOR RESIDENCE AND GUEST SAFETY AND SECURITY, OR FOR INJURY OR DAMAGE CAUSED BY CRIMINAL ACTS OF OTHER PERSON.



**The Best Value Under The Sun.**

Days Inn Fayetteville I-95
2111 Cedar Creek Rd
Fayetteville, NC 28312-9547
Tel: (910) 323-9850  Fax: (910) 323-5715
www.daysinn.com

04-29-15

| | | | |
|---|---|---|---|
| **SHEILA SMITH** | Folio No. | : **65046** | Room No.  :  **112** |
| **5908 MCCAIN PLACE #302** | A/R Number | : | Arrival      :  **04-28-15** |
| **North Little Rock AR 72117** | Group Code | : | Departure  :  **04-29-15** |
| **US DESCRIPTION** | Company | : | Conf. No.   :  **77636200** |
| | Wyndham Rewards : | | Rate Code :  **RACK** |
| | Invoice No. | : | Page No.   :  **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-28-15 | Visa | XXXXXXXXXXXX0979 | | 79.09 |
| 04-28-15 | Room Charge | | 69.99 | |
| 04-28-15 | Sales Tax | | 4.90 | |
| 04-28-15 | Occupancy Tax | | 4.20 | |

**Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. If you are not already a member, join the next time you check-in, visit us at www.wyndhamrewards.com or call 1-866-996-7937.**

| | | |
|---|---|---|
| **Total** | **79.09** | **79.09** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

Please contact the Manager about and issues with your stay.  Days Inn or affiliates may contact you about goods and services unless you call 877-222-3297 or write to Wyndham Worldwide Hotels, Inc. 1 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our Days Inn website about privacy.

**Thank you for staying with us.**
**It was our pleasure to serve you.**

Pizza Hut
~~Safeway~~
KFC
Western Sizzlin
Ferris Fashons
Cla Cliff Nursing Home
EACC Financial Aide Office
~~Los Arch~~ Factory
Super Stop
Best Western
Best Western Cooking
Southern Cooking
Delta Express
Subway
~~Jack~~ Hotel
Baptist Hospital ~~Barbeque~~
Super County Home Cor

Trans
~~Marigos~~
~~Family~~
Shearey Berbcue
US Abir
FX Center
Cykn Trade
Muvzill Bankrupt
Little Rock Factor
Cykn House
Children Hay
BP Gas Stch
FBI Ankers
Top Secracy Ar
OOM New
FBI Ru
Sherwood
Court
Clo

BUDGET INN - SALLER - FRISCO
1139 MARKET STREET
415-788-2242
Printed: 11/2/2014 - 10:02am

SHEILIA SMITH

NORTH LITTLE ROCK AR 72117

Room: 240
Daily Rate: 55.00 + Tax
Check-in: 11/02/14 10:02pm    Out: 11/03/14    Nights: 1    Guests: 1/0

|  | CHARGES | | | | | PAYMENT | | | |  |
| Date | Room | Phone | Misc. | Tax | Total | Credit | Cash | Bill | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/14 | 55.00 | 0.00 | 0.00 | 8.53 | 63.53 | 63.53 | 0.00 | 0.00 | 63.53 | 0.00 |

AMOUNT TENDERED : $63.53 Visa/MC
TOTAL : $63.53
CHANGE : $0.00

Check-out time: 11:00am    Check-in time: 3:00pm

st Signature: _____

10 9 K-D (Vlm)

ALL RENT IS PAYABLE IN ADVANCE, NO REFUNDS, NO PERSONAL CHECKS, NO PETS. ALL VISITORS MUST BE
ACCOMPANIED IN AND OUT OF THE BUILDING BY REGISTERED GUEST. NO VISISTORS ALLOWED FROM 9 PM TO 9
AM

THERE IS A $10.00 KEY DEPOSIT WHICH IS REFUNDALE ONCE YOU RETURN THE KEY BACK AT CHECK-OUT.

SECURITY IS THE RESPONSIBILITY IS EACH RESIDENT AND EACH GUEST. OWNER OR MANAGEMENT ASSUMES NO
RESPONSIBILITY OF LIABILITY UNLESS OTHERWISE PROVIDED BY LAW FOR        IDENCE AND GUEST SAFETY AND
SECURITY. OR FOR INJURY OR DAMAGE CAUSED BY CRIMINAL ACTS OF         PERSON.



**Los Angeles at USC**
3101 S. Figueroa St.
Los Angeles  CA  90007
Tel :213-746-1531
Fax :213-746-9106

Date: FEB-0...

| Reservation ID: | 3071... |
|---|---|
| **Room #:** | 13... |
| Folio ID: | 244214 |
| Check In: | 02 February 2015 |
| Check Out: | 04 February 2015 |
| Guest Charges: | $221.48 |
| Guest Taxes: | $30.54 |
| Guest Payments: | -$252.02 |
| **Guest Balance:** | **$0.00** |

**Smith, Denise Sheilia**
5908 Mccain Place #302
North Little Rock AR 72117
US
Phone: 5013492641

| DAY | CODE | REFERENCE | AMOUNT | TAX | TOTAL |
|---|---|---|---|---|---|
| 02-FEB-15 | RCH | Room Charges Room #134 | 109.10 | 15.27 | 124.37 |
| 02-FEB-15 | TOUR | Tourism Assessment Fee | 1.64 | 0.00 | 1.64 |
| 03-FEB-15 | RCH | Room Charges Room #134 | 109.10 | 15.27 | 124.37 |
| 03-FEB-15 | TOUR | Tourism Assessment Fee | 1.64 | 0.00 | 1.64 |
| 04-FEB-15 | VISA | Trans: 307108564, Folio: 244214, CC: ***0979, Name: Sheila S | -252.02 | 0.00 | -252.02 |

*Balance:* 0.00

*Toll Free Reservation Nu....ber: 1-800-522-1555*
*Visit: www.Vaga....ondInn.com*
*Find us on Facebook: www.fac....book.com/VagabondInnLA*
*Each Vagabond Inn is indivi.... ..ly owned and operated.*

Page 1 of