IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00294 SWW |
| | * | |
| DR. GAIL R. JONES, ET AL., | * | |
| | * | |
| Defendants. | * | |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on this date, this action is dismissed with prejudice.

DATED this 4th day of June, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE